**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03CR-14-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **KEMUEL CORNELIUS MINGO,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the Defendant's pro se motions, both filed June 28, 2005, which he has entitled "Appealing Sixth Amened [sic] Motion For Access To The Jail Law Library Service's [sic] On A Daily Basis ..." (document #77) and "Sixth Amended Motion for Access To The Law Library Jail Service's [sic] on a Daily Basis" (document #78), which the clerk has docketed as "Motion[s] to Reconsider" the Court's May 12, 2005 "Order" (document #76), denying the Defendant's May 5, 2005 "Sixth Amended Motion for Access To The Law Library Jail Service's [sic] on a Daily Basis"(document #75).

The Defendant's present motions do not present any issues other than those that he raised in his most recent motion for access to the law library and that the Court has previously considered and rejected. Indeed, the Defendant's second Motion to Reconsider is not only identical in its caption to, but contains nearly identical text as, the Defendant's previous motion.

**NOW THEREFORE,** and for the reasons previously stated concerning the Defendant's "Sixth Amended Motion For Access To The Law Library Jail Service's [sic] On A Daily Basis" (document #75), the Defendant's "Appealing Sixth Amened [sic] Motion For Access To The Jail Law Library Service's [sic] On A Daily Basis ..." (document #77) and "Sixth Amended Motion for Access To The Law Library Jail Service's [sic] on a Daily Basis" (document #78) are **DENIED.**

The Clerk is directed to send a copy of this Order to the U.S. Attorney's Office; the pro se Defendant; the Librarian at the Mecklenburg County Jail; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

**Signed: July 11, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge