IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:03-CR-00014-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| KEMUEL CORNELIUS MINGO, | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **KEMUEL CORNELIUS MINGO** for an Amended Judgment and reduction in sentence, (Doc. No. 119), the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS**.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: April 22, 2021

Kenneth D. Bell
United States District Judge